**Charles A. ALLEN, Plaintiff–Appellant,**

v.

**SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, Defendant–Appellee.**

No. 01–1321.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 23, 2001.

Charles A. Allen, pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Charles A. Allen appeals the district court's order dismissing his civil action because the complaint failed to comply with Fed.R.Civ.P. 8(e)(1)'s requirement that it be "simple, concise, and direct." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Allen v. Secretary, Dep't of Health & Human Servs.*, No. CA–01–430–S (D.Md. filed Feb. 23, 2001; entered Feb. 26, 2001). However, we modify the dismissal to be without prejudice to Allen's right to file a complaint in compliance with Rule 8. 28 U.S.C. § 2106 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*